BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:03-MJ-02074 |
| Plaintiff, | |
| v. | GOVERNMENT'S REQUEST TO DISMISS COMPLAINT AND [PROPOSED] ORDER [FED.R.CRIM.PROC. 48(A); 18 U.S.C. 3291] |
| PEDRO RODRIGUEZ, Aka Joseph Michael Urbina, | |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER,

United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and requests

leave of the Court to dismiss the Complaint as to the above-named defendant and recall the arrest

warrant as more than ten (10) years has elapsed since the offense was committed.

Dated:  September 3, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney


                                       By:   /s/ LAUREL J. MONTOYA
                                             LAUREL J. MONTOYA
                                             Assistant United States Attorney

IT IS SO ORDERED.

**Sep 4, 2014**

_____
Honorable STANLEY A. BOONE
United States Magistrate Judge

RODRIGUEZ MOTION TO DISMISS COMPLAINT;
PROPOSED ORDER